December 18, 2009

Mr. Miguel Sergio Rodriguez
Taylor, Dunham and Burgess, L.L.P.
301 Congress Ave., Suite 1050
Austin, TX 78701
Mr. Keith Miles Aurzada
Bryan Cave, LLP
2200 Ross Ave., Suite 3300
Dallas, TX 75201

RE: Case Number: 08-0444
 Court of Appeals Number: 03-07-00240-CV
 Trial Court Number: 220,061-C

Style: MYRAD PROPERTIES, INC.
 v.
 LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED
 HOLDERS OF GMAC COMMERCIAL MORTGAGE SECURITES, INC., COMMERICIAL
 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1997-C1, ROBIN GREEN, AND
 MELISSA COBB

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jeffrey D. |
| |Kyle |
| |Ms. Shelia Norman |
| |Mr. William C. |
| |Lipsey |
| |Mr. Justin |
| |MacDonald |
| |Mr. W. Barry Kahn |
| |Mr. Gary Henley |
| |Mr. James R. |
| |Gaines |
| |Mr. Daniel J. |
| |Brustkern |
| |Mr. Ted Hollen |
| |Ms. Celia C. |
| |Flowers |